## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LAURA COOPER,

                Plaintiff,                      24 **CIVIL** 0205 (JCM)

   -against-                               **JUDGMENT**

WAL-MART STORES, INC. d/b/a WALMART, and
WAL-MART STORES EAST, LP,

                Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2025, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 9, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                             BY:  *[signature]*
                                                    **Deputy Clerk**